UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF LUHR                       CIVIL ACTION
BROTHERS, INC. AS OWNER OF
BARGES L-1040, L-216, L-                     NO: 05-1434 c/w
1061, L-325, AND L-326                       05-1897
PRAYING FOR EXONERATION FROM
OR LIMITATION OF LIABILITY                   SECTION: "J" (4)


**ORDER**

Before the Court is Continental's **Motion for Summary Judgment (Rec. Doc. 193)**.  Terral Riverservice, Inc. opposes the motion.  The motion, set for hearing on October 3, 2007, is before the Court on briefs without oral argument.

Having reviewed the motion, the memoranda of counsel, and applicable law, the Court finds that Continental Insurance Company's Motion for Summary Judgment should be granted insofar as the award of damages, but denied as to the interest rate to be used in the award of pre-judgment interest.  In Admiralty cases, setting the rate of interest on a judgment is within the Court's broad discretion.  <u>Marathon Pipeline Co. v. M/V Sea Level II</u>, 806 F.2d 585, 593 (5th Cir. 1986).  Accordingly,

**IT IS ORDERED** that Continental Insurance Company's **Motion for Summary Judgment (Rec. Doc. 193)** should be and is hereby **GRANTED IN PART** and **DENIED IN PART**.

New Orleans, Louisiana this 1st day of October, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE